# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN D. PORTER,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 74274

**FILED**

MAR 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of mandamus challenging the denial of a motion to dismiss counsel.[1] Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Petitioner may raise any arguments about the denial of the motion to dismiss counsel on direct appeal, if he is convicted. *See* NRS 177.145. Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

---

[1]Petitioner also argues that his right to a speedy trial has been violated. However, the district court declined to consider that portion of his motion as it had been filed by petitioner while he was represented by counsel. Thus, this court cannot consider this claim at this time.

18-10353

cc: Hon. Elissa Cadish, District Judge
Clark County Public Defender's Office
Attorney General/Carson City
Justin D. Porter
Clark County District Attorney
Eighth District Court Clerk